IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THEODORE ERVIN STITH,** | Case No. 2:21-cv-1478-WBS-EFB P |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| **DARLENE. et al.,** | |
| Defendants. | |

Defendants Darling and Simmons move to stay discovery unrelated to the exhaustion of administrative remedies until this Court disposes of their pending motion for summary judgment.

Good cause having been shown, the request is hereby GRANTED. Discovery unrelated to the exhaustion of administrative remedies in this action is stayed until the Court rules on Defendants' pending motion for summary judgment.

IT IS SO ORDERED

Dated:  April 21, 2022.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1