UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE ERVIN STITH, | No. 2:21-cv-1478-WBS-EFB (PC) |
| Plaintiff, | |
| v. | ORDER |
| DARLENE, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 6, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.[1]

The court has reviewed the entire file and finds because plaintiff has failed to exhaust his available administrative remedies, and because he has failed to respond to defendants' motion for summary judgment as ordered, IT IS HEREBY ORDERED that defendants' motion for summary

---

[1] **Error! Main Document Only.** Although it appears from the file that plaintiff's copy of the findings and recommendations was returned, plaintiff was properly served.  It is the plaintiff's responsibility to keep the court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

1 | judgment (Docket No. 21) is hereby GRANTED; and this action is DISMISSED.

2 | Dated: August 12, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE